BROWARD COUNTY KENNEL CLUB, INC., a corporation, v. STATE OF FLORIDA, upon the relation of MARY A. PETTIT, BARBARA ROBERTS and FLORENCE STRONG.

14 So. (2nd) 569          June Term, 1943
July 16, 1943          Division A

*C. H. Landefeld, Jr.,* for appellant.
*Rowland W. Granat,* for appellee.

PER CURIAM:

The record in this case having been duly considered and finding no reversible error the judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.